**No. 59063.**—Aero Sea Shipping Corporation v. United States, protest 247443–K (New York).

Opinion by JOHNSON, J.   An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.